FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Johnson
(Last Name) (Identification Number)

Carvis        Lamar
(First Name)  (Middle Name)

Rankin County Jail
(Institution)

221 N. Timber St Brandon Ms 39042
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 26 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

V.       CIVIL ACTION NUMBER: 3:20cv204-DPJ-FKB
                                (to be completed by the Court)

John K. Bramlett,

Rebecca N. Boyd,

Matthew A. Baldridge,

Joshua Coe.

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Carvis Johnson     Prisoner Number: 109384

Address: Rankin County Jail 221 N. Timber street Brandon Ms 39042

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: John K. Bramlett, Rebecca N. Boyd, Joshua Coe Matthew A. Baldridge, is employed as DA over Rankin County, Law Firm, Circuit Clerk, DA Law Firm Circuit Clerk at Rankin County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Carvis Johnson

ADDRESS: 221 North Timber street Brandon Ms 39042

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| John K. Bramlett | P.O. Box 68 Brandon Ms 39043 |
| Rebecca N. Boyd | P.O. Box Drawer 1599 Brandon Ms 39043 |
| Matthew A. Baldridge | 130 Fountains Blvd, ste. B Madison Ms 39110 |
| Joshua M. Coe | P.O Box Drawer 1599 Brandon Ms 39043 |
| | P.O. Box 280 Brandon Ms 39043 New Address |

Page 2 of 4

| OTHER LAWSUITS FILED BY PLAINTIFF |
|---|
| NOTICE AND WARNING |
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A.  Have you ever filed any lawsuits in a court of the United States?   Yes ( ✓ )   No (   )

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: 3:20-CV-117-HTW-LRA
2. Court (if federal court, name the district; if state court, name the county): Federal Court United States District Court Southern District of Mississippi
3. Docket Number: 3
4. Name of judge to whom case was assigned: Linda R. Anderson
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) Still pending

CASE NUMBER 2.
1. Parties to the action: _____
2. Court (if federal court, name the district; if state court, name the county): _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

Page 3 of 4

# STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I'm writing about me being Discrimination of Retaliation against me Cuz I got a Case against Sheriff Bryant Bailey in the DA over this County John K. Bramlett in the Circuit Clerk Rebecca N boyd Bryant Bailey mad at me in he gone have them to throw me away in prison in they gone have the Attorney Matthew A Baldridge I wrote all 3 of them telling about I dont feel right to have My trial in this County Cuz all 3 of them all on the same team in they against me I go to Court 5-4-20 So I know that the sheriff gone have the DA to hid me in prison this is Discrimination Retaliation against me I wrote them 3 time they wont write me back even the Attorney wont come in see me or he wont give me My Motion RELIEF of discovery its ben 6 months now

Next page attach Sheet

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

for Cruel and unusual Punishment Discrimination Retaliation against me for making me suffering in broking federal law

Signed this 16 day of Mar, 20 20.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. yes

Cacub Johnson
Signature of plaintiff

Carus Johnson

In I got it on paper that they sent to me my Attorney about not coming to see me about my case I'm in jail for another man name last name Smith they mess my case up in the Incident Report up I got it in my room I dont feel safe to have my trial in this County Rankin County Bryant Bailey over this county in they gone do what he say do in I wrote about Letime in a month that I fear for my life at this jail will yall move me to another county jail they got me hid out I cant get on the phone over month in a half now no dayroom call in aint shower in 31 days now they mad at me cuz I got 3 case against them in they Retaliation against me for nothing I aint did nothing but did what was right they beat me 11 time in 2 more time this year they real Racist in they hate me 8 of it on camera 3 of it they took me off camera to kill me I go to Court May 4 this year I know what they gone do to me cuz the officers brag about how much time they gone give me the DA the Circuit Clerk in the Attorney all working for the Sheriff Bryant Bailey in they all on the same team I ben lock down in a cell a year now cant do nothing they got me suffering in they doing something to my food my body aint being feel right I'm just letting yall know what going on about this they trying to do something to me they piss in the drink last week on the 3-13-20 me in my next door inmate say the same it smell like piss they gone do something to us they take the food off the camera in the drinks they give us please help me before I die they gone kill us they said it out they mouth last month they just trying the right time to do it they making us suffering in they can do it in get away with it they say this Rankin County we do what we what to do they say that all the time They real Racist

→ back page

## Indictment

In they give me a on the 9-20-19 for something I aint being charg with when I come to jail last year I was charg with 2 count of Sale of Meth in they give me a 20,000 dollar bond so on the 6-20, 2019 The District Attorney John K. Bramlett try to get Attorney Joshua Coe to lie like I'm going home next week just sign this paper in ten mint latter he said the DA lied to him he dont like this plea this aint what the DA said so he still trying to get me to sign it lying say I only gone do 2 years in prison but the plea say 16 years 5 on paper thats 21 years he trying to trick me out my life in prison thats what him in the D.A. plan to do so I aint take it cuz I aint seen no video tapes no Indictment no motion of discovery so they get mad at me in 2 months latter they put more charges on me in give me a indictment on the 9-20-19 Thats The D.A. the Circuit Clerk in the Attorney cuz I got a case on them officers at this jail they beat me up on camera for nothing in they hit me with the Habitual offender in I only with to prison 2 time for the same case not another case so they hit me with a fake indictment cuz I aint take what they try to trick me to take last year Thats a cruel and unusual punishment Discrimination Retaliation against me Rankin County in the D.A in Circit Clerk do not go by federal law they do not respect jail laws at this Jail they brake federal law all the time in they say we dont care about the Federal laws we make I on laws a lots of inmates will tell you I aint lying so I know that the DA in Circit Clerk gone try to throw me away in prison cuz I got a case on they sheriff Bryant Bailey in his officers work at this jail will you'll please move me to another County Jail I fear for my life at this jail in will you'll let me have my trial at another county I dont feel like I will have a fair trial at this county                    Carus Johnson