8-23-20  Page 1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED
Sep 01 2020
ARTHUR JOHNSTON, CLERK
By: _____, Deputy Clerk

To: Chief Judge Daniel P. Jordan III
From: Carvis Johnson

Dear Judge Daniel P. Jordan III

I'm writing you about My lawsuit Case I got on these officers in The D.A. Circuit Clerk in 2 Attorney in Sheriff Bryan Bailey in they holding this against me by having the Judge the D.A in the Courts to throw me away in prison a long time They is Retaliation Discrimination against me I ben Said this back hece 5 months ago they was gone do this to me cuz I got pending lawsuit on them in they gone throw me away in they Court room cuz they can do that to me Just last week on the 8-13-20 My Attorney Matthew A. Baldridge try to Make me take 32 year in he said if I dont take it I will get life in prison so I aint take it I said I got a lawsuit on you I dont wont you to be My Attorney you is against me you aint trying to help me I got 5 Effects Defects on My Case in My Discovery in I show it to him in last Mon I went to Court on the 8-17-20 the judge told me that I can not get My Attorney off My Case I told the judge I wont have a fair Trial cuz I got a lawsuit on the D.A. the Circuit Clerk in My Attorney with the united States District Court for the Southern District of Mississippi he said he dont care if I dont take that 32 years Im gone get 120 years in prison I said My Attorney trying to Make me take this time I got 5 Effects defects in My Case Im in jail for a men last name Smith in I gave the paper work to My Attorney but he aint do nothing about it cuz All them working against me cuz I got lawsuit case on them that's cruel and unusual Punishment Discrimination Retaliation against me please help Me before they throw me away for life they put a case on me → back page

# HEALTH CARE REQUEST/SICK CALL

**VitalCore Health Strategies** — Redefining healthcare
Form #107
Revised: 3-27-2020

NAME: _____ Last / First / MI
ID/#: _____
DOB: _____ ☐ MALE ☐ FEMALE
FACILITY: _____ CELL: _____

Circle what you are requesting: Medical or Mental Health

Reason requesting medical or mental health services: _____

How long have you had this problem? _____

Individual's Signature: _____

**Medical Staff Use Only**

Health Staff Name: _____
Health Staff Signature: _____
Date Referred to Medical or MH: _____
Date Sick Call Received: _____

---

They add 3 case on me in they trying to make me take 32 years for nothing cuz I got lawsuit on them thats aint right how they doing me at this jail in the court room just this week the Sgt. officer Demetre come to my cell 318 on the 8-19-20 at 3 some pm he was at my door for a long time begging me to take the 35 years its on camera he said if I dont take them 35 years I'm gone get 120 years he in the Attorney Matthew A. Baldridge they plan it out to make me take the 35 years just last week my attorney lied to me in ask me what you want I said I did 17 in half months will you give me credit for time served in a lil paper time he walk out the room in he start talking to Sgt. Demetre in Demetre stop him from lowering the ple they all against me cuz I got 4 lawsuit on them so my attorney come back in the room lying to me my attorney is working against me in all them trying to make me take 35 years even the judge trying to make me take it I said this 5 months ago this was gone happen they braking federal law in state law all the time I'm suffering at this jail 17½ months 15½ months lockdown no TV no going outside 7 months no phone calls no no nothing cuz I got lawsuit on them → next page

Just this month on the 8-11-20 at 9 some AM the officer come around with the nurse doing pill call I was about to get my Blood Pressure pill when the officer Holensworth said about my Momma being racist like they alway be at this jail so I said something back to him he get mad in he did not give me my blood pressure pill in he close my hand hard in the try hold door 3 time it's on Camera out side my Cell 318 north tower so ~~they~~ aint take me to Medical about my hand so The Lt. Barnett in the white officer Edward come trick me out my Cell like I'm going to Medical about my hand he put me in a lockdown Cell 181 up stairs on zone 183 in him in them took all my stuff out my room Cell 318 its on Camera Camera in my Cell so they got all my legal mail cuz they know ~~I'm~~ about to write yall about this in he know I'm gone do another lawsuit about the officer closeing my hand hard 3 time in the door on Camera in they lied in the Lt. Barnett in the officer Edward went to they ~~capt~~ Capt. Vaughn in they put me on suicide for nothing so they can take all my stuff in my cell in all my legal mail so I wont write yall about this they put me in a see throw yellow paper suit in they put me back in my cell 318 so I lay on the floor officer Edward come to my cell crying like I'm play like I'm die in the Capt ~~~~ Vaughn in Lt. Barnett him in 5 officers come my Cell 318, in they put me in a strapdown chair for nothing in they will me ~~~~ upstairs in zone 183 in the had me strapdown in that chair for over 24 hour the next day them Racist officers was coming on the zone calling me out my name saying nigga do another lawsuit thats why they put me in that chair cuz the Capt. talk about the lawsuit 5 time throwing it up in my face a lots of time when I was in that chair its on Camera in zone 183 camera on the zone. They evil in Real Racist at this jail They making me ~~suffering~~ for nothing they beat me 11 time for nothing in they still doing something to me now they all teaming up getting the courts to give me all this time for nothing I cant do nothing they on me I'm in they jail suffering → back page

| VitalCore Health Strategies. Redefining healthcare | Form #107 Revised: 3-27-2020 | NAME: _____ _____ ___ <br> Last   First   MI <br> ID/#: _____ <br> DOB: _____ ☐ MALE ☐ FEMALE |
|---|---|---|

**HEALTH CARE REQUEST/SICK CALL**

FACILITY: _____ CELL: _____

Circle what you are requesting:   Medical   or   Mental Health

Reason requesting medical or mental health services: _____
_____
_____

How long have you had this problem? _____
_____

Individual's Signature: _____

**Medical Staff Use Only**

Health Staff Name: _____  Date Referred to Medical or MH: _____

Health Staff Signature: _____  Date Sick Call Received: _____

---

Mr. Judge Daniel P. Jordan III please please please please please please help me I aint do nothing to be did like this they real evil in Racist at this jail in they holding this against me cuz These lawsuit I got on them I just did what was right they beat me like a slave I just did My paper work on them in 2 weeks They aint letting me get My Mail from yall in they aint letting My Mail go out they sit back in see who I write everyweek in they lie on the log in sheet like they log My Mail in but they read it in they dont let It go out they think they smart in what what they do. iN They take the Mail off Camera in they open It up in they throw It away cuz They know Im letting yall Know everything going on in this evil Racist jail I aint gone lie to yall they trying to lie in Cover up they tracks in what they do real talk

Cacuis Johnson 8-23-20 1:36PM

In When I come out My room for My dayroom call the Capt. Capt. Vaughn in L.t. Barnett have me in leg chains on My leg in on My arm hand cuffs in thats how I got to take My shower everytime I come out My cell the L.t. in Capt. start this last month on the 7-29-20 since then I write down everytime I come out with them on me in its on camera outside My cell 318 North tower camera in the walk way outside My cell I can not shower with leg cuffs on My leg in cuffs on My hands thats pain in suffering cruel and unusual punishment Discrimination Retaliation aint no one in this jail ever come out they cell like this I ask the officers in inmates they said aint no one ever come out the cell for a 1 hour or no shower with leg chains or hands chains on never they doing this cuz this lawsuit 4 I got on them they holding this against me they Racist in evil at this jail this all the time I come out My cell with them leg chains in hands chains on 7-29 7-30 7-31 8-2 8-4 8-5 8-6 8-7 8-8 8-21 8-22 8-23 of this year its all on camera

I dont Know is you gone get this Mail cuz they aint letting a lot of MY Mail Come out this jail but I write down every time I sen MY Mail out in the Camera in MY Cell in the Camera outside MY Cell see when they get MY Mail they take it off Camea to the Sgt. office cuz aint no Camera in they office they be doing for a long time in the by loging it in like it went out but they take it off the Camera So they Can read it iN the have the Sgt Barber Kristi looking at me on the Camera in the Sgt office TV trying to see is Em gone to Sen MY legal Mail out So they gone have the officer to take it off the Camera to give it to the Sgt. office So They can give it the Lt. Barnett in Capt. Vaughn They been doing it for a long time the inmates been telling me this they thank they real smart in what they do I Sent 2 letter out last week in the week befor last week in I aint got know Respones back yet Cuz They aint letting MY Mail go out  Cadis Johnson 8-23-20

Carub Johnson
Rankin County Jail
221 N. Timber St
Brandon MS 39042

"INMATE MAIL"
Rankin County Jail

JACKSON
MS 390
24 AUG '20



Legal Mail

Chief District Judge
Daniel P. Jordan III
501 East. Court Street, Ste 2.500
Jackson Mississippi 39201

39201-503225