3:20 CV 204 DPJ-FKB

10-6-20

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 14 2020
BY ARTHUR JOHNSTON _____ DEPUTY

To: Arthur Johnston, Clerk
From: Cacus Johnson #109384

I'm writing you about I ain't got no legal Mail in since they Move me away from the County Jail where I was at Rankin County Jail in Brandon Ms I'm at my New address C.M.C.F. P.O. Box 88550 Pearl Ms 39288 in I sent you 2 letters to let y'all know I'm at a new address I ain't been getting no legal Mail in from y'all I go to Court hearing on the 28, October this year at the Thad Cochran United States Courtroom 5D at 2:00 pm So I'm trying to see why I ain't getting my legal Mail in at this New address I'm at Now So will you let me know something before I go to Court this Month on the 28 Cuz I don't know nothing what going on with my Case please thanks Mr Arthur Johnston Clerk

Cacus Johnson #109384
10-6-20