Claus Johnson #107384
C.M.C.F.
P.O. Box 88550
Pearl, Ms 39288

CMCF
APPROVED LEGAL MAIL

3920135028 C006

RECEIVED
OCT 14 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

U.S. District Clerk
501 E Court Street Suite 2500
Jackson, Ms 39201
Legal Mail Only





U.S. POSTAGE >> PITNEY BOWES
ZIP 39208 $ 000.50⁰
02 4W
0000366972 OCT 09 2020