Case: 3:20-cv-00104-TSL-RHW

Civil No.: 3:20-cv-204-DPJ-FKB

Document 12 Filed 06/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 23 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

FILED
JUN 20 2020

To: United States District Court
From: Arthur Johnston, CLERK

Carvis Lamar Johnson #109384
Rankin County Jail
221 N. Timber Street
Brandon, MS 39042

My due date is June 30, 2020

## ORDER REQUIRING Plaintiff To Respond

1) How did Cole Lee violate your Constitutional Rights?
by when I ask him to let a Rankin officers know about my food he said I dont care about your food I dont care if you die in he lied on me its on camera

2) How did Johnthen Walker violate your Constitutional Rights?
when he give me my tray he look at me I something aint right about my food in the trustee did something to my food in my tray was not right I ask him will he let a rankin officers know about my tray he lied to me in he know the trustee inmate did something to my tray the hold tray was full of water in I show him it he aint do nothing about it cuz the Capt vaugh in Lt. Barnett told them to do something to my food

3) Provide the (A) name and (B) address of each person you claim contaminated your food and (C) explain how he or she did so The Lt. Barnett in Capt Vaugh had the white trustee to do something my food cuz my family just post a post all over facebook how many time these officer beat up on me in they having the trustee inmates to poison my food a lots of time in they address in 221 N. Timber st Brandon Ms 39042

Exhibit 2

Next Page → back

4) Provide the (A) name and (b) address of each person who has denied you clean laundry and (C) explain how he or she did so. Sgt Hicks Told the trustee inmates to not to clean My laundry Cuz The Capt in Lt. hold this against me Cuz what he said all over facebook in to this day they wont let me look at no TV no phone call no going outside or nothing righ to this day in I have to wash My laundry with My hands in My sink The / address in 221 N. Timber st Brandon Ms 39042

on 2-7-20 till 2-27-20 no shower phone or dayroom call 19 days they took my shower 19 days took 3-11-20 Trustee inmate threw food in my tray hole door, its on camera from 2-27-20 till 4-8-20 14 days they give me a shower 29 days they took my shower

29
19
48

days with no shower

on the 4-7-20 us the same old food from lunch on the 4-6-20 this 3rd time they giving us the same food old

4-9-20 Carvis Lamar Johnson Kitchen

officer 5pm The Reports That all the time they Took My shower dayroom call in phone Is all on Camera no Lie real facts.

on the 4-7-20 Sgt Hicks threw my legal mail away for nothing

officer Breedlode threw my food in the food tray hole

1) on the 4-13-20 winston took my shower in dayroom in phone
2) on the 4-14-20 winston in Morre took my shower in dayroom in phone
3) on the 4-15-20 give me my shower no phone in no dayroom
4) on the 4-16 The New officers Took my shower in dayroom or phone
5) on the 4-17 The officer give me my shower no phone in daycoom Call
6) on the 4-18 The officer Ray Born in New officer give me my shower no phone
7) on the 4-19 The officer Lilter in winston took my shower in phone in dayroom
8) on the 4-20 The New officers took my shower in dayroom in phone
9) on the 4-21 The New officer give me my shower no phone or dayroom
10) on the 4-22-20 officer winston took my shower dayroom in phone
11) on the 4-23-20 officer winston give me my shower no phone or dayroom
12) on the 4-24-20 officer breedlode took my shower phone in dayroom call
13) on the 4-25-20 officer breedlode took my shower phone in dayroom call
14) on the 4-26-20 officer Morre give me my shower no phone or dayroom call
15) on the 4-27-20 officer winston took my shower phone in dayroom call
16) on the 4-28-20 officer winston took my shower phone in dayroom call
17) on the 4-29-20 officer breedlode give me my shower no phone or dayroom call
18) on the 4-30-20 officer breedlode took my shower in phone in dayroom call
19) on the 5-1-20 officer winston took my shower in phone in dayroom call
20) on the 5-2-20 officer Morre give me my shower no phone or dayroom call
21) on the 5-3-20 officer Morre took my shower in phone in dayroom call
22) on the 5-4-20 officer breedlode give me my shower no phone or dayroom call
23) on the 5-5-20 officer breedlode took my shower in phone in dayroom call
24) on the 5-6-20 officer winston took my shower in phone in dayroom call
25) on the 5-7-20 officer winston give me my shower no phone or dayroom call
26) on the 5-8-20 officer breedlode took my shower in dayroom in phone
27) on the 5-9-20 officer winston give me my shower no phone in dayroom
28) on the 5-10-20 officer Morre give me my shower no phone in dayroom
29) on the 5-11-20 officer winston took my shower in phone in dayroom
30) on the 5-12-20 officer winston took my shower in phone in dayroom

4-10-20
Capt. Vaugh in L.t. Barnett Braking my civil Rights in they Racist they dont like me cuz I got 3 case on them in its all on camera they got me hid out in a lock down cell over a year now for nothing no TV or nothing cruel and unusual Punishment Discrimination Retaliation That they holding this on me cuz I got case on them please help me they still letting the trustee inmates poison my food

# VitalCore
## Health Strategies

### Health Care Request / Sick Call

Name (Nombre): _____  Date (Fecha): _____

Birthday (Cumpleaños): _____  Cell (Celda): _____

Circle what you are requesting   (Medical or Mental Health)
Circula lo que necesita   (Médico o Salud Mental)

Reason requesting medical or mental health (Razón para necesitar tratamiento médico o salud mental)
_____
_____
_____
_____

How long have you had this problem (Cuánto tiempo has tenido este problema?): _____

Inmates Signature (Firma): _____

**Medical Staff Use Only**

Medical Officer Name: _____  Date Referred to Medical or MH _____

Medical Officer Signature: _____  Date Sick Call Received: _____

---

[Handwritten notes around form:]

from 4-13-20 til 5-31-20 they took my shower 28 time its on camera no lie they Racist at this jail

On the 5-29-20 officer did something to my food I aint eat my food tray this they 3rd time in this month doing someth to my tray they said they gone kill me

they aint let me get the phone 50 days this time in no coming out my cell 46 time 28 shower they took from me its on camera 5-31-20

5-9-20 in 5-10-20 officers did something to my food I aint eat my tray cuz the officers took my food off my tray in give it to the white inmate in cell 312 down from me its on camera - Show it to the camera

30  5-13-20 officer Smith give me my shower in dayroom no phone
31  5-14-20 officer Smith give me my shower in dayroom no phone
32  5-15-20 officer Winston took my shower in dayroom no phone
33  5-16-20 officer Morre took my shower in dayroom no phone
34  5-17-20 officer Morre took my shower in dayroom no phone
35  5-18-20 officer Smith give me my shower in dayroom no phone
36  5-19-20 officer Morre took my shower in dayroom no phone
37  5-20-20 officer Winston took my shower in dayroom in phone call
38  5-21-20 officer Winston in Morre took my shower in dayroom in phone call
39  5-22-20 officer Smith give me my shower no dayroom or phone
40  5-23-20 officer Smith give me my shower no dayroom or phone
41  5-24-20 officer New give me my shower no dayroom or phone
42  5-25-20 officer Winston took my shower no dayroom or phone
43  5-26-20 officer Morre in hilter took my shower in dayroom in phone
44  5-27-20 officer New give me my shower no phone
45  5-28-20 officer Morre give me my shower no phone
46  5-29-20 officer Morre took my shower no phone in day room
47  5-30-20 officer Morre took my shower in phone in day room
48  5-31-20 officer Smith give me my shower in phone in day room
49  6-1-20 officer Smith give me my shower no phone

On the 5-5-20 officer sgt Bridges let the white inmate go outside this time they let him go outside they want let me go outside this Cell 310 its on camera. Discrimination against me cuz I got 3 case on these officer at this jail in they Racist don't like me cuz I'm Blackroll [illegible]

Case: 3:20-cv-00204-DPJ-FKB                    6-21-20

To: District Court
From: Carvis Johnson

Carvis Lamar Johnson #109384
Rankin County Jail
221 N. Timber Street
Brandon, MS 39042

My due date is on the 6-24-20 of this month

---

Order Requiring Plaintiff To Respond

Accordingly, Johnson shall respond in writing to the following.

1) How did John K. Bramlett Violate your Constitutional Rights?
back here last year June 21 2019 the Attorney Joshua Coe come to the jail to see me he had a Bill of Criminal Information lying saying I'm about to go home next week say the D.A. lied to him he come to him with a offer saying I'm about to go home then home come back say the DA Bramlett say sign this 16 years you only go do 2 years in have 5 years on paper when I get out so I feel like the DA Bramlett sent him to trick me to sign my life over in prison he violate my constitutional plus I ain't been indicted no tape I ain't seen or no Discovery I ain't got so he tel to trick me in prison lying to me plus I ask him 5 months ago for a speedy Trial him in Circuit Clerk Rebecca N. Boyd in my Attorney Baldridge they won't give me one I got the Rights to ask for a Speedy Trial. End of that Report.

2) How did Rebecca N. Boyd Violate your Constitutional Rights
I wrote her about 4 time trying to get a speedy trial in she lied when the police lock me up she lied in said that in my discovery that they had a Bench warrant when they lock me up last year on Feb 25-2019 but they lock me up feb-23-19 in the morning at 1 some am it's in my discovery so she can't lie I'm lock up on a Sale of Controlled Substance Ms Code 41-29-139 but the lied in said I'm was Charge with possession of a firearm when I ain't have no gun off me in I ain't in jail for it but it's in my discovery in she said I'm charge with possession of C/s I feel like she Violate my Constitutional Rights End of that Report.

3) How did Matthew A. Baldridge Violate your Constitutional Rights. I had to write The Mississippi on him 3 time just to get my discovery in I wrote him about 3 time last year in 4 time this year about my Case I'm in jail for some man last name smith in my case is mess up real bad in he was holding my discovery all the time

lying to me cuz he aint with me he against me all them on the same team in they trying to trick me in prison like dont no whats going on in still to this day he wont come in see me about my case in him in the D.A. in Rebecca M. Boyd in all them holding a retaliation against me cuz I got a case on them in the Bryan Bailey the sheriff in the Capt over this jail all them on the same team they against me so I feel like he violate my Constitutional rights. End of that Report

4) How did Joshua Coe violate your Constitutional Right?
I got the paper work in my room that I aint waive my preliminary hearing he took preliminary hearing from cuz he know was beat in he took in come back to me last year June 21, 2019 lying talking about sign this I'm about to go home next week in he come back trying to trick me to sign my life in prison for 16 years in 5 years on paper I got all the paper work to show I aint lying him in the D.A. John K. Bramlett they mad at me cuz I aint sign that paper work trying to trick me in prison so he said I'm gone get 60 years in prison Cuz I aint sign that paper work last year I feel like he violate my Constitutional Right a lots of time End of that Report.

5) Are you claiming you were wrongfully placed in lockdown?
yes I been lock down over 14 months now no TV no going outside shower 2 time out a week cuz I got a pending case against these Racist officers at this jail I got 4 pending case against these officers in 1 lawsuit against them they beat me on camera I aint put not one hand on them they beat me so now I got to suffer for that thats cruel and unusual punishment Discrimination Retaliation the holding against me I aint did not to be punish like this they beat me in its on camera. in they just beat me again 3 time this month in took all my legal mail away from me its on camera I got to do another complaint 1983 form on them they told me a lots of time they gone kill me I wrote to try to get move but they wont help me they wont me to die in this racist jail. I feel like they broke my Constitutional Rights The names who got me in lockdow Capt Barry Vaughn L.t Barnett the Address 221 N, Timber Brandon MS 39042 End of that Report

Case 3:20-cv-00204-DPJ-FKB   Document 12   Filed 07/20/20   Page 7 of 8   Page 2)
Next page

Case: 3:20-cv-00204-DPJ-FKB

To District Court
From: Carvis Johnson

Carvis Lamar Johnson #109384
Rankin County Jail
221 N. Timber Street
Brandon, MS 39042

---

6) Provide the (a) name and (b) address of each person you claim denied you showers, and (c) explain how he or she did so.

Capt Vaugh in L.t. Barnett I got all the time I got a shower in all the time they took My shower from 2-7-20 til 4-8-20 48 days with no shower from 4-13-20 till 5-31-20 28 they took M/ shower its on camera thats 48 days plus 48+28 / 76  76 days they took M/ shower from 2-7-20 til 5-31-20 no lie its on hd camera L.t. Barnett Capt. Vaugh Sgt Hicks 221 N.Timber st. Brandon M 39042 they address. End of that Report.

7) Are you claiming Retaliation? if so provide the (a) name and (b) address each person you claim Retaliated against you, and (c) explain how he or she did so. yes the Retaliated against me cuz I got 4 case on these off at this jail Capt Vaugh in L.t. Barnett they wont let me out My cell wont let me look at no TV no phone call over 14 months now no going outside of nothing no reading no books I only got a Bible to read I ben reading it now 14 months in this lockdown cell in I love reading it cuz god is Good so this how I'm suffering in this lockdown cell its on camera no lie real facts please help before they kill me they letting the trustee inmates put some in My food poison My food I aint eating this food they say it out they month they gone kill me they address 221 N.Timber st Brandon Ms 39042 L.t. Barnett Capt Vaugh End of that Report.

→ back pa

8) Provide the (a) name and (b) address of each person you claim beat on you and (c) explain how and (d) why he or she did so

on the 2-7-20 at 5 some PM officer Rayborn Cristen sgt bridges took my off the camera going dow the stairs to North lockdow from cell 181 up stairs to cell 314 downstairs when they took off the camera Rayborn punch me in my mouth 2 time hard in the woman officer Cristen choke me In she kick me to the floor why sgt bridges beat on me cuz my family just post over facebook this year on the 2-9-20 how they beat me 14 time in they allmost kill me 8 of it on camera 3 of it the took me off the camera to try to kill me so the trick me off the camera to beat me up plus the officer winston try to brack my arm in the tray hold door cuz they did something to my food in the next day he aint feed me my food tray its on camera 2-7-20 in 2-8-20 plus I ben beat on 4 more time this year its on camera I ask a lots of time will yall help me get me the Retaliated against me at this jail cuz I got 4 case on them in what they did to me all over facebook in they said they gon kill me    End of that Report 221 N. Timber st Brando Ms 39042

9) Provide the (a) name and (b) address of each person you claim Contaminated your food or drinks and (c) explain how he or she did so Lt. Barnett in capt vaugh have the trustee in mates to put something in my food a lots of time this year cuz I got a case on them plus the F.B.I come to this jail to get all the tapes to them cameras in my Medical Records in all the Reports in they hold this against in the dont like it cuz its all facebook what they did to me in this jail in right to this day they still poison my food 4 white trust come to my door say we piss in your food nigga the officers tell us to do it to your food in you aint gone do nothing about it I lost a lot of pounds cuz I aint gone eat this food I aint eating at all in that how they get at me with Retaliation by getting them trustee to do something my food I told the world on facebook they trying to kill me by poison my food. Capt vaugn in Lt. Barnett in sheriff Bryan Bailey behind all of this the address 221 N. Timber st Brandon MS 39042

please please help me before I die 6-21-20

To: Mr. Arthur Johnston, Cleck
From: Cacvis Johnson 109364

If you dont Mind I ask you will please Sen me a 1983 Complaint form Cuz these officers still putting they hands on me in they still poison MY food its on Camea they just put they hands on me 3 time in one week they Racist in they ben Say they gone kill me in jail I ask yall 4 time will get me Move from around these Racist officers at this jail I got lawsuit on these people in they dont like it in now they got the trustee inmates doing Something to My food please please help me before I die I aint eating this food Cuz they Say it ant they on month they gone kill me so will you Sen me a More 1983 Complaint form if you dont mind I ask you thanks you Mr Johnston.

6-21-20

Cacvis lamal Johnson