## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**CARVIS LAMAR JOHNSON**                                            **PLAINTIFF**

**v.**                                                **CAUSE NO. 3:20cv009-KHJ-FKB**

**OFFICER JORDAN, et al**                                          **DEFENDANTS**

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court pursuant to FED. R. CIV. P. 41(a)(2), in which

Plaintiff, Carvis Lamar Johnson, requests that any and all claims against all Defendants in cause

numbers 3:20cv009, 3:20cv104, 3:20cv117, 3:20cv204, 3:20cv328, 3:20cv501, and 3:20cv600,

and consolidated into cause number 3:20cv009, be dismissed with prejudice. This Court, being

fully advised in the premises, finds that the terms of the dismissal are proper and hereby orders

that any and all claims against all Defendants in these consolidated causes of action are hereby

dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that any and all claims that were

or could have been included in Plaintiff's complaints in cause numbers 3:20cv009, 3:20cv104,

3:20cv117, 3:20cv204, 3:20cv328, 3:20cv501, and 3:20cv600 against all Defendants are dismissed

with prejudice, with each party to bear their respective attorneys' fees, costs, and expenses.

This final judgment dismisses all claims in these consolidated causes of action such that

they may be finally closed on the Court's docket.

**SO ORDERED AND ADJUDGED,** this the 27th day of March, 2023.

_____
**U.S. DISTRICT COURT JUDGE**

**AGREED TO AND REQUESTED BY:**

Carvis Johnson

Carvis Lamar Johnson, *pro se*

**AGREED AS TO FORM:**

Jason E. Dare (jdare@bislawyers.com)
BIGGS, INGRAM & SOLOP, PLLC
*Counsel for Rankin County Defendants*

John G. Wheeler, Esq. (jwheeler@mitchellmcnutt.com)
Michael D. Chase, Esq. (mchase@mitchellmcnutt.com)
MITCHELL, MCNUTT & SAMS, P.A.
*Counsel for Defendants Burt & Kuethe*